UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-20426-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**CELIA PAULA GONZALEZ**,

    Defendant.

_____/

## ORDER

THIS CAUSE came before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation on Change of Plea, entered on February 27, 2025 [ECF No. 34]. To date, no party has filed an objection. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Report **[ECF No. 34]** is **AFFIRMED AND ADOPTED**, and Defendant, Celia Paula Gonzalez's change of plea is accepted.

**DONE AND ORDERED** in Miami, Florida, this 5th day of March, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
       Magistrate Judge Lisette M. Reid